

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-10-2013

# Connelly v. Steel Valley School Dist

Precedential or Non-Precedential: Precedential

Docket No. 11-4206

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Connelly v. Steel Valley School Dist" (2013). *2013 Decisions.* Paper 766.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/766

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-4206

_____

PATRICK S. CONNELLY,

Appellant

v.

THE STEEL VALLEY SCHOOL DISTRICT

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 11-cv-00851)
District Judge: Honorable Gary L. Lancaster

_____

Argued October 24, 2012

Before: HARDIMAN, GREENAWAY, JR., and VANASKIE, *Circuit Judges*

_____

**ORDER AMENDING OPINION**
_____

IT IS HEREBY ORDERED that the opinion in the above case, filed January 24, 2013, be amended as follows:

Page 212, first column, line 28, which read:
>under the Privileges and Immunities Clause and denied him equal protection of the law.

shall read:
>under the Privileges or Immunities Clause and denied him equal protection of the law.


Page 212, second column, line 47, which read:
>in violation of the Privileges and Immunities Clause of Article IV (as incorporated through the Fourteenth Amendment) and the Equal Protection Clause.

shall read:
>in violation of the Privileges or Immunities Clause of the Fourteenth Amendment and the Equal Protection Clause.


Page 216, footnote 2, second column, line 7, which read:
>Privileges and Immunities Clause or the Equal Protection Clause.

shall read:
>Privileges or Immunities Clause or the Equal Protection Clause.

BY THE COURT,


/s/ Thomas M. Hardiman
Circuit Judge

DATED: May 10, 2013

cc: Samuel J. Corder, Esq.
Christine T. Elzer, Esq.
William C. Andrews, Esq.
Anthony G. Sanders, Esq.
Amie A. Thompson, Esq.

2